B v Zia, case number 24234, is the appellant here? So she's got a translator?  Ms. Zia, can you come up? Thank you. Is it? Thank you. Okay. Why don't you sit there while who? So who is, I understand that there's a translator? Yeah. You are the translator? Your Honor, I'm not professional. What? My friend gave me a translator. Okay, so you're going to have to speak into the microphone. Yeah. Your Honor, I'm not a professional interpreter, just in case, come here, I'm trying my best to help. And what is your name? Jianjun Yang. Okay, and did you provide that to the courtroom deputy, your name? Oh. Please, thank you. Okay. Good morning, Ms. Zia. Good morning. So you're going to have to stand at the podium. I think both of you, frankly. This is the utility of having two microphones, I gather. So Ms. Zia, we have the, just so you know, we have read the material that you provided, so we're familiar with the case, but this is your opportunity to tell us what you want to tell us in addition to what you've submitted, or to focus us on certain things that you've provided in your written submission. Okay. All right. So please proceed. Thank you, Your Honor, for the time. Give it to me for 10 minutes, statement. Well, you've got five minutes. Five minutes. Five. So when the light turns red, I'm going to give you a little time. Okay. First, I want to emphasize that the B, Jin Zhi Bi, right, from the very beginning, she used the fake name, never used the real name, and to cheat everyone from the day one. Okay. Okay. Okay. Okay. On August 4, 2023, she submitted all the documents to the court and swore that she has licensed massage therapist in Connecticut. But as all the information I got, she never be licensed and never has the, even now, has no license. 她一件事情撒谎,她其他事情也会撒谎。 So she's a liar from the many, many evidence. From the first thing is the name and many, the others also is a liar. So I'm going to ask a question and I'll give you time to translate. The question is, do you have evidence that you told the court to show that she was paid properly? She's not the regular payroll employee. She's like contractor individual. She come out the different time, different hours to, we have a business in the shopping mall in Connecticut. So our business open and close follow the shopping mall business hours. So the question I'll ask, and again, I appreciate you translating. What evidence did she give the court that the person was properly paid? I'm going to ask you, whatever she says, I want, if you would, please to translate that. So it can't be a back and forth between you two. Let me finish. We have an agreement. We split money from the customer, each customer she made 50-50. So this is our agreement to pay her. She, like one customer, they got whatever the service fee and 50 for her, 50 for me. In July, 2023, I have a motion submitted to the court asking her to supply, provide the tax return from 2013 to 2018. And she couldn't provide any tax return. Meaning that she didn't work for me at that time. Actually, on the hearing time, the judge asked B's attorney, did you get requirement for tax return to submit it? And the attorney and also plaintiff says no. Actually, I have the evidence submitted required on December 12, 2023 to the court. Let the court ask the plaintiff submitted the tax return to prove any income, anything from my store. I want to give you just a minute more because of the interruption. Thank you. Thank you. Okay. But the reason I ask the tax return, that's a very strong evidence to prove if she got income from us and she report income and she's an employee or either any evidence. So no W-2s, no nothing. And on this motion, I ask her to prove she's cheating. She all make the false or fake documents. Thank you. Thank you very, very much, Ms. Xia. And thank you, Ms. Yang. We will reserve decision on this, which means that you will receive a decision from us at some point. That resolves this appeal. And that concludes today's oral argument calendar. And I'll ask the courtroom deputy to please adjourn court.